Bank of America
c/o NAFS
165 Lawrence Bell Dr Ste 100
Williamsville, NY 14231


Cingular
c/o Professional Recovery Systems
20 Great Oaks Blvd, Ste 240
San Jose, CA 95119


Citi Bank
c/o Nelson & Kennard
2180 Harvard St Ste 160
Sacramento, CA 95853


Discover
c/o Eskanos & Adler
2325 Clayton Rd
Concord, CA 94520


ED Fund
c/o OSI Education Svcs
5626 Fratz Rd
Dublin, OH 43017


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011


IRS
PO Box 21126
Philadelphia, PA 19114-0326


MBNA
c/o NCO Fiancial Systems
507 Prudential Rd
Horsham, PA 19044


Unifund CCR
c/o Law Office of Steven A Booska
250 Montgomery St Ste 720
San Francisco, CA 94104

```
Unifund CCR Citi
c/o Law Office of Steven A Booska
250 Montgomery St Ste 720
San Francisco, CA 94104


Verizon
c/o Afni, Inc
PO Box 3427
Bloomington, IL 61702
```

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California, San Jose**

In re   Efren Garcia                              ,
                      Debtor

Case No.  _____

Chapter   7

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date   25 October 2007          Signature of Debtor   /s/ Efren Garcia
                                                      EFREN GARCIA

Merrill E. Zimmershead
Gilroy Law Corporation
7539 Eigleberry St
Gilroy, CA 95020
(408)842-8363
(408)842-8773