Certificate Number: 01356-CAN-DE-003141993

Bankruptcy Case Number: 07-53454

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 8, 2008, at 2:12 o'clock PM EST, Efren Garcia completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: January 8, 2008

By /s/Elana Walker for Victoria Wright

Name Victoria Wright

Title Executive Director of Education